No. 70–79. RELIANCE ELECTRIC CO. *v.* EMERSON ELECTRIC CO. C. A. 8th Cir. [Certiorari granted, 401 U. S. 1008.] Motion of Gulf & Western Industries, Inc., for leave to file a brief as *amicus curiae* granted.

No. 70–86. UNITED STATES *v.* TUCKER. C. A. 9th Cir. [Certiorari granted, 402 U. S. 942.] Motion to appoint co-counsel on behalf of respondent and for William A. Reppy, Jr., to present oral argument in this case granted. It is ordered that William A. Reppy, Jr., Esquire, of Durham, North Carolina, a member of the Bar of this Court, be, and he is hereby, appointed to serve as co-counsel for respondent.

No. 70–92. CALIFORNIA MOTOR TRANSPORT CO. ET AL. *v.* TRUCKING UNLIMITED ET AL. C. A. 9th Cir. [Certiorari granted, 402 U. S. 1008.] Motion of Landmarks Holding Corp. et al. for leave to file a brief as *amici curiae* granted.

No. 70–113. FORD MOTOR CO. *v.* UNITED STATES ET AL. Appeal from D. C. E. D. Mich. [Probable jurisdiction noted, 403 U. S. 903.] Motion of Zenith Vinyl Fabrics Corp. for leave to file a brief as *amicus curiae* granted.

No. 70–5025. HAINES *v.* KERNER ET AL. C. A. 7th Cir. [Certiorari granted, 401 U. S. 954.] Motion of Joel M. Flaum et al. for leave to permit Warren K. Smoot to argue orally *pro hac vice* on behalf of respondents granted.

No. 70–5032. ALEXANDER ET AL. *v.* SWANK, DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS, ET AL. Appeal from D. C. N. D. Ill. [Probable jurisdiction noted, 401 U. S. 906.] Motion of Ronald J. Offenkrantz for leave to permit M. James Spitzer, Jr., to argue orally *pro hac vice* granted.